UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CR-88-001 |
| | ) | |
| CHRISTOPHER PAYNE | ) | *Judge Edgar* |

## **MEMORANDUM AND ORDER**

This case came before the Court on December 11, 2006, pursuant to 18 U.S.C. § 4241(a) and 18 U.S.C. § 4247(d) for a hearing on the mental competency of defendant Christopher Payne. The Forensic Report was received by the court and filed on October 26, 2006 [Doc. No. 41]. According to this report, the defendant is competent to stand trial.

At the hearing one of the authors of the report, Carlton Pyant, Ph.D. testified by video conference. Dr. Pyant, who is a Forensic Psychologist, essentially confirmed the conclusion reached in his report. Mr. Payne does have a history of psychosis as a result of drug use. However, the Court FINDS, as does Dr. Pyant and his colleagues, that currently Mr. Payne is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that the defendant is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense 18 U.S.C.§ 4241(d). A separate scheduling order for the disposition of this case will be entered.

SO ORDERED.

ENTER this the 11th day of December, 2006.

  /s/ R. Allan Edgar  
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE

-1-